UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                              )<br>)<br>JOSE EDUARDO SERRANO-ESPINOZA, )<br>ROGELIO SOBERANIS,                       )<br>ROSALIO SOBERANIS,                        )<br>MARIANO LOPEZ,                                 )<br>ROBERTO CARLOS SILVA LOPEZ,      )<br>HECTOR URBINA, and                          )<br>REUBEN ROMO.                                    ) | No. 08 CR 241<br>Hon. Arlander Keys |

**GOVERNMENT'S MOTION TO SEAL CRIMINAL COMPLAINT AND WARRANTS**

The UNITED STATES OF AMERICA, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully requests that the criminal complaint and arrest warrants be and remain under seal for a period through and including April 2, 2008, or until the arrest of the defendants, whichever is sooner, or until further order of this Court.

In support of its motion, the government states that the investigation into criminal activity is continuing and that the disclosure of the information contained in the complaint and the existence of the warrants may have a negative impact on the ongoing investigation, jeopardize its effectiveness, and create an opportunity for the defendants to abscond and destroy evidence.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By: _____
MARK E. SCHNEIDER
Assistant U.S. Attorney

Dated: March 24, 2008