## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Arlander Keys | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 241 - 5 | **DATE** | 3/25/2008 |
| **CASE TITLE** | USA vs. Roberto Carlos Silva Lopez | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant appears in response to arrest on 3/25/08. The defendant is informed of his rights. Enter order appointing Gregory T. Mitchell as counsel for defendant. Detention hearing and Preliminary examination set for 4/1/08 at 2:00 p.m. The defendant is ordered detained until further order of Court. *AK*

Docketing to mail notices.

00:13

| | Courtroom Deputy Initials: | AC |
|---|---|---|