# FINANCIAL AFFIDAVIT

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

CJA 23 (Rev. 5/98)

| IN UNITED STATES | ☐ MAGISTRATE | ☒ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF: U.S. vs. SERRANO-ESPINOZA
FOR: NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

LOCATION NUMBER: MAGISTRATE JUDGE ARLANDER KEYS, UNITED STATES DISTRICT COURT

**PERSON REPRESENTED** (Show your full name): Roberto Carlos Silva Lopez

FILED MAR 25 2008 MICHAEL W. DOBBINS CLERK, U.S. DISTRICT COURT

1. ☒ Defendant – Adult
2. ☐ Defendant – Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

**CHARGE/OFFENSE** (describe if applicable & check box →): ☒ Felony  ☐ Misdemeanor

**DOCKET NUMBERS**
Magistrate: 
District Court: 08 CR 241-5
Court of Appeals: 

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☒ Yes  ☐ No  ☐ Am Self Employed
- Name and address of employer: Metal Import – Elk Grove – 5 years
- IF YES, how much do you earn per month? $1700
- IF NO, give month and year of last employment. How much did you earn per month? $____
- If married is your Spouse employed? ☐ Yes  ☒ No — separated
- IF YES, how much does your Spouse earn per month? $____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☒ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $____

**CASH**
- Have you any cash on hand or money in savings or checking account ☐ Yes  ☒ No  IF YES, state total amount $____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes  ☐ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: VALUE $3,000  DESCRIPTION: Car – Monte Carlo '98

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
- MARITAL STATUS: ☐ SINGLE  ☐ MARRIED  ☐ WIDOWED  ☒ SEPARATED OR DIVORCED
- Total No. of Dependents: 1

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME | Creditors | | Amount |
|---|---|---|---|
| Support to child | | | $300 |
| rent | | | $400 |
| Food | | | $300 |
| Family in Mexico | | | $250 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date): 3-25-08

**SIGNATURE OF DEFENDANT** (OR PERSON REPRESENTED): Roberto Silva Lopez