# United States District Court

NORTHERN **DISTRICT OF** ILLINOIS

UNITED STATES OF AMERICA

V.

ROBERTO CARLOS SILVA LOPEZ

**WARRANT FOR ARREST**

CASE NUMBER: 08-CR-241(5)

FILED
APR 10 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Roberto Carlos Silva Lopez
_Name_

and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
conspiring with others to possess with intent to distribute and to distribute a controlled substance, namely, in excess of 500 grams of mixtures and substances containing cocaine, mixtures and substances containing heroin, and marijuana, in violation of Title 21, United States Code, Section 841(a)(1);

in violation of Title 21 United States Code, Section(s) 846; and Title 18, USC, Section 2.

Arlander Keys
Name of Issuing Officer

U.S. Magistrate Judge
Title of Issuing Officer

_[signature]_
Signature of Officer

03/24/2008   Chicago, Illinois
Date and Location

Bail fixed at $ _____ by _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at 2710 N. Ridgeway Ave, Chicago, IL

| DATE RECEIVED 3/24/2008 | NAME AND TITLE OF ARRESTING OFFICER Erika Gomruso, Special Agent | SIGNATURE OF ARRESTING OFFICER _[signature]_ |
|---|---|---|
| DATE OF ARREST 3/25/2008 | | |

AO 442 (Rev. 12/85) Warrant for Arrest