Order Form (01/2005)

*AC*

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Judge Manning | Sitting Judge if Other than Assigned Judge | Arlander Keys |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 241-5 | **DATE** | 6/23/08 |
| **CASE TITLE** | **USA  v.  Roberto Carlos Silva Lopez** | | |

**DOCKET ENTRY TEXT**

Arraignment held.  The defendant enters plea of Not Guilty   to the Indictment.  16.1A conference to be held by 6/27/08.   Pretrial motions to be filed by 7/11/08.      Responses to pretrial motions are due by 7/25/08.  replies thereto due by 8/8/08.   Status hearing set before Judge Manning   on  8/12/08 at 11:00 a.m.      Time is excluded pursuant to 18:3161(h)(l).  The Defendant is ordered detained until further order of court   Xt1  *AK*

Docketing to mail notices.

00:07

U.S. DISTRICT COURT
CLERK

| | 2008 JUN 24  AM11:59  Courtroom Deputy | AC |
|---|---|---|

FILED-EDI