**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

UNITED STATES OF AMERICA

                Plaintiff,

v.                                    Case No.: 1:08−cr−00241
                                           Honorable Blanche M. Manning

Jose Eduardo Serrano−Espinoza, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 12, 2008:

    MINUTE entry before the Honorable Blanche M. Manning: as to defendants Jose Eduardo Serrano−Espinoza, Rosalio Soberanis, Mariano Lopez, Roberto Carlos Silva Lopez, Reuben Romo; Status hearing held on 8/12/2008. Defendants to file pretrial motions by 9/8/2008. The government to respond by 9/24/2008. Defendants to reply by 10/7/2008. Ruling set for the end of October, 2008. Jury trial set for 1/5/2009 at 10:30 A.M. A further status hearing is set for 11/13/2008 at 11:00 A.M. Time is excluded to 11/13/2008 pursuant to 18:3161 (h)(1)(F). Mailed notice by judge's staff. (srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.