IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 241 |
| | ) | |
| v. | ) | Judge Blanche M. Manning |
| | ) | |
| ROBERTO CARLOS SILVA LOPEZ | ) | |

## NOTICE OF FILING

To: Sheri H. Mecklenberg
Assistant U.S. Attorney
219 S. Dearborn Street, 5th Floor
Chicago, IL 60604

PLEASE TAKE NOTICE that on the 8th day of September 2008, Defendant, Roberto Carlos Silva Lopez, by and through his attorney Gregory T. Mitchell, filed

## SURVEILLANCE DISCOVERY MOTION

electronically with the United States District Court, Northern District of Illinois, Eastern Division, 219 S. Dearborn Street, Chicago, Illinois, a copy of same is attached hereto and is hereby served upon you.

/s/Gregory T. Mitchell
Gregory T. Mitchell
Law Office of Gregory T. Mitchell, P.C.
18141 Dixie Highway, Suite 111
Homewood, IL 60430
Attorney for Defendant
Roberto Carlos Silva Lopez

## CERTIFICATE OF SERVICE

I, Gregory T. Mitchell, an attorney licensed to practice before the Federal Bar, do certify that I caused copies of the attached

## SURVEILLANCE DISCOVERY MOTION

to be served electronically on the below listed party pursuant to Fed.R.Crim.P.49, Fed.R.Civ. P. 5 and L.R. 5.5, and the General Order on Electronic Filing of the United States District Court for the Northern District of Illinois, Eastern Division.

Sheri H. Mecklenberg, Assistant U.S. Attorney
Office of the United States Attorney
Dirksen Federal Building, 5th Floor
219 South Dearborn Street
Chicago, Illinois  60604

on this 8th day of September 2008.

*/s/Gregory T. Mitchell*
Gregory T. Mitchell