IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 08 CR 241 |
| v. | ) | Honorable Blanche M. Manning |
| | ) | |
| ROBERTO CARLOS SILVA LOPEZ | ) | |

## SURVEILLANCE DISCOVERY MOTION - *Corrected*

Defendant ROBERTO CARLOS SILVA LOPEZ, by counsel, GREGORY T. MITCHELL, requests this Honorable Court to order the United States to produce any an all information concerning electronic surveillance identifying defendant SILVA LOPEZ's participation in the alleged conspiracy, if such surveillance exists, the production of tapes and/or enhancement if inaudible, any written transcript of any audio/video recording; and any notes or logs made in conjunction with any electronic surveillance.

Respectfully submitted,

/s/Gregory T. Mitchell
Gregory T. Mitchell
Attorney for Roberto Carlos Silva Lopez
Defendant

Gregory T. Mitchell
Law Office of Gregory T. Mitchell, P.C.
18141 Dixie Highway, Suite 111
Homewood, Illinois  60430
(708) 799-9325
Attorney:  #37742